# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

LARRY E. FORDHAM, JR.,

    VS                                      CASE NO. 3:04cv248/MCR/MD

JAMES R. MCDONOUGH,

**REFERRAL AND ORDER**

Referred to Judge Rodgers on    April 11, 2007
Type of Motion/Pleading: MOTION FOR RECONSIDERATION
Filed by: PETITIONER    on 4/11/07    Document 85
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                            on           Doc.#
                                            on           Doc.#
                                            WILLIAM M. McCOOL, CLERK OF COURT

                                            /s/ Teresa Cole
                                            Deputy Clerk: Teresa Cole

**ORDER**

     Upon consideration of the foregoing, it is ORDERED this 12th day of April, 2007, that:

     The requested relief is DENIED.

                                                              s/ *M. Casey Rodgers*
                                                            **M. CASEY RODGERS**
                                                            **UNITED STATES DISTRICT JUDGE**

Entered On Docket:                 By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

                                                              Document No.